

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-14-2006

# Delaware Nation v. Comm of PA

Precedential or Non-Precedential: Precedential

Docket No. 04-4593

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Delaware Nation v. Comm of PA" (2006). *2006 Decisions.* Paper 795.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/795

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 04-4593

---

THE DELAWARE NATION, A FEDERALLY
RECOGNIZED INDIAN TRIBE,
IN ITS OWN NAME AND AS THE SUCCESSOR IN INTEREST TO "MOSES"
TUNDY TETAMY, A FORMER CHIEF OF
THE DELAWARE NATION, AND OF HIS DESCENDANTS

v.

COMMONWEALTH OF PENNSYLVANIA; EDWARD G. RENDELL; COUNTY OF
NORTHAMPTON, PENNSYLVANIA; J. MICHAEL DOWD; RON ANGLE;
MICHAEL F. CORRIERE; MARY ENSSLIN; MARGARET FERRARO; WAYNE A.
GRUBE; ANN MCHALE;
TIMOTHY B. MERWARTH; NICK R. SABATINE;
COUNTY OF BUCKS, PENNSYLVANIA; MICHAEL G.
FITZPATRICK; CHARLES H. MARTIN; SANDRA A. MILLER;
TOWNSHIP OF FORKS, PENNSYLVANIA;
JOHN ACKERMAN; DAVID KOLB;
DONALD H. MILLER; DAVID W. HOFF;
HENNING HOLMGAARD; BINNEY & SMITH, INC.; FOLLETT CORPORATION;
ROBERT AERNI;
MARY ANN AERNI; AUDREY BAUMAN;
DANIEL O. LICHTENWALNER;
JOAN B. LICHTENWALNER; CAROL A. MIGLIACCIO; JOSEPH M. PADULA;
MARY L. PADULA; JACK REESE; JEAN REESE; ELMORE H. REISS;
DOROTHY H. REISS; GAIL N. ROBERTS;
CARL W. ROBERTS; WARREN F. WERKHEISER;
ADA A. WERKHEISER; WARREN NEILL WERKHEISER;
NICK ZAWARSKI AND SONS DEVELOPERS INC.; JOHN DOES 1-250; JOHN DOE
COMPANY; MARK SAMPSON; CATHY SAMPSON

The Delaware Nation,

Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 04-cv-00166)
District Judge: Honorable James McGirr Kelly

Argued November 8, 2005

Before: FUENTES, GARTH and ROTH*, <u>Circuit Judges</u>.

Stephen A. Cozen (**Argued**)
Thomas B. Fiddler, Esquire
Thomas G. Wilkinson, Jr., Esquire
Cozen & O'Connor
1900 Market Street, 4th Floor
Philadelphia, PA 19103

        Counsel for Appellant


Benjamin S. Sharp, Esquire (**Argued**)
Donald C. Baur, Esquire
Perkins Coie
607 14th Street, N.W.., Suite 800
Washington, DC 20005

David F. B. Smith, Esquire (**Argued)**
Ryberg & Smith
1054 31st Street, N.W.
Washington, D.C. 20007

---

*Judge Roth assumed senior status on May 31, 2006.

Mark A. Kearney, Esquire (**Argued)**
Elliott, Reihner & Siedzikowski
925 Harvest Drive, Suite 300
P.O. Box 3010
Blue Bell, PA 19422

Andrew J. Bellwoar, Esquire (**Argued**)
Siana, Bellwoar & McAndrew
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425

Raymond J. DeRaymond, Esquire
DeRaymond & Smith
717 Washington Street
Easton, PA 18042

Darryl J. May, Esquire
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street, 51st Floor
Philadelphia, PA 19103

William P. Leeson, Esquire
Leeson, Leeson & Leeson
70 East Broad Street
P.O. Box 1426
Bethlehem, PA 18016

Blair H. Granger, Esquire
Blair H. Granger & Associates
1800 East Lancaster Avenue
Paoli, PA 19301

Thomas L. Walters, Esquire
Lewis and Walters
46 South Fourth Street
Easton, PA 18042

Counsel for Appellees

## ORDER AMENDING OPINION

**IT IS ORDERED** that the published Opinion in the above case, filed on May 4,

2006, be amended as follows:

**On page 13**, delete the following paragraph:

> No purchase, grant, lease, or other conveyance of
> lands, or of any title or claim thereto, from any Indian nation
> or tribe of Indians, shall be of any validity in law or equity,
> unless the same be made by treaty or convention entered into
> pursuant to the constitution.

and **replace it with**:

> No purchase, grant, lease or other conveyance of lands,
> or of any title or claim thereto, from any Indian, or nation or
> tribe of Indians, within the bounds of the United States, shall
> be of any validity, in law or equity, unless the same by made
> by treaty or convention, entered into, pursuant to the
> constitution

By the Court,

_/s/ Jane R. Roth_
Circuit Judge

Dated:   June 14, 2006

4